No. 82–1527. ASSOCIATED PRESS *v.* BUFALINO. C. A. 2d Cir. Motion of New York Times Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 82–1593. WARDEN, MARYLAND PENITENTIARY *v.* ANDERSON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1680. MICHIGAN *v.* ANTHONY. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1657. CITY OF ALLEN PARK *v.* ECORSE POLLUTION ABATEMENT DRAIN NO. 2 DRAINAGE DISTRICT ET AL. C. A. 6th Cir. Motion of Greenfield Construction Co., Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 82–1700. CASH ET AL. *v.* CITY OF LITTLE ROCK, ARKANSAS. Sup. Ct. Ark. Motion of Pulaski County Tax Payers Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.

No. 82–6208. GREEN *v.* WHITE, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. The order heretofore entered on April 4, 1983 [460 U. S. 1067], is vacated and leave to proceed *in forma pauperis* is granted. Certiorari denied.